# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140347 & (31) (34)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CURTIS TATE,
          Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
          Defendant-Appellee.

SC: 140347
COA: 294071
Ingham CC: 09-000727-AA

_____/

On order of the Court, the application for leave to appeal the December 4, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

p0621

_____
Clerk